THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ricky Dean Harvey, Appellant.
 
 
 

Appeal From Pickens County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 207-UP-035
Submitted January 2, 2007  Filed January 19, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender, Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, of Columbia, and Solicitor Robert M. Ariail, of Greenville, for Respondent.  
 
 
 

PER CURIAM:  Ricky Dean Harvey appeals his conviction of criminal sexual conduct with a minor in the second degree, committing a lewd act upon a minor, and his respective concurrent sentences of life without parole and fifteen years.  Harvey argues the trial court abused its discretion by not granting a mistrial after refusing to impanel a new jury.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Harveys appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF and BEATTY, JJ. concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.